COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-023-CV

 

31
EIGHT‑LINER MACHINES                                                  APPELLANT

 

                                                   V.

 

THE
STATE OF TEXAS                                                            APPELLEE

 

                                               ----------

        FROM
COUNTY CRIMINAL COURT NO. 3 OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Withdraw Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the
appellant, for which let execution issue.

PER CURIAM

PANEL D:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED:  April 27, 2006











[1]See Tex. R. App. P. 47.4.